# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Terrance L. | Northern District of Oklahoma | 06/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

333 W. 4th Street, Room 411
Tulsa, Ok 74103-3704

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Crosstown Learning Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2013 | University of Tulsa - teaching |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T stock | A | Dividend | J | T | | | | | |
| 2. AT&T stock | | | | | Buy (add'l) | 02/01/13 | J | | |
| 3. AT&T stock | | | | | Buy (add'l) | 05/21/13 | J | | |
| 4. AT&T stock | | | | | Buy (add'l) | 08/01/13 | J | | |
| 5. AT&T stock | | | | | Buy (add'l) | 10/29/13 | J | | |
| 6. Bank of America stock | A | Dividend | J | T | | | | | |
| 7. Bank of America stock | | | | | Buy (add'l) | 03/18/13 | J | | |
| 8. Bank of America stock | | | | | Buy (add'l) | 06/28/13 | J | | |
| 9. Bank of America stock | | | | | Buy (add'l) | 09/13/13 | J | | |
| 10. Bank of America stock | | | | | Buy (add'l) | 12/27/13 | J | | |
| 11. Comcast Corp. stock | A | Dividend | J | T | | | | | |
| 12. Comcast Corp. stock | | | | | Buy (add'l) | 01/23/13 | J | | |
| 13. Comcast Corp. stock | | | | | Buy (add'l) | 04/24/13 | J | | |
| 14. Comcast Corp. stock | | | | | Buy (add'l) | 07/24/13 | J | | |
| 15. Comcast Corp. stock | | | | | Buy (add'l) | 10/22/13 | J | | |
| 16. Dell Computer | | None | J | T | | | | | |
| 17. Dell Computer | | | | | Buy (add'l) | 01/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dell Computer | | | | | Buy (add'l) | 04/22/13 | J | | |
| 19. Dell Computer | | | | | Buy (add'l) | 07/24/13 | J | | |
| 20. Dell Computer | | | | | Buy (add'l) | 10/23/13 | J | | |
| 21. Dell Computer | | | | | Buy (add'l) | 10/29/13 | J | | |
| 22. Dell Computer | | | | | Sold | 10/29/13 | J | | |
| 23. ExxonMobil stock | A | Dividend | K | T | | | | | |
| 24. ExxonMobil stock | | | | | Buy (add'l) | 01/08/13 | J | | |
| 25. ExxonMobil stock | | | | | Buy (add'l) | 02/07/13 | J | | |
| 26. ExxonMobil stock | | | | | Buy (add'l) | 03/07/13 | J | | |
| 27. ExxonMobil stock | | | | | Buy (add'l) | 03/11/13 | J | | |
| 28. ExxonMobil stock | | | | | Buy (add'l) | 04/02/13 | J | | |
| 29. ExxonMobil stock | | | | | Buy (add'l) | 05/02/13 | J | | |
| 30. ExxonMobil stock | | | | | Buy (add'l) | 06/10/13 | J | | |
| 31. ExxonMobil stock | | | | | Buy (add'l) | 07/02/13 | J | | |
| 32. ExxonMobil stock | | | | | Buy (add'l) | 08/06/13 | J | | |
| 33. ExxonMobil stock | | | | | Buy (add'l) | 09/05/13 | J | | |
| 34. ExxonMobil stock | | | | | Buy (add'l) | 09/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ExxonMobil stock | | | | | Buy (add'l) | 10/03/13 | J | | |
| 36. ExxonMobil stock | | | | | Buy (add'l) | 11/05/13 | J | | |
| 37. ExxonMobil stock | | | | | Buy (add'l) | 12/03/13 | J | | |
| 38. ExxonMobil stock | | | | | Buy (add'l) | 12/10/13 | J | | |
| 39. IBM stock | B | Dividend | M | T | Buy (add'l) | 02/08/13 | J | | |
| 40. IBM Stock | | | | | Buy (add'l) | 03/11/13 | J | | |
| 41. IBM Stock | | | | | Buy (add'l) | 03/11/13 | J | | |
| 42. IBM Stock | | | | | Buy (add'l) | 06/10/13 | J | | |
| 43. IBM Stock | | | | | Buy (add'l) | 09/10/13 | J | | |
| 44. IBM Stock | | | | | Buy (add'l) | 10/11/13 | J | | |
| 45. IBM Stock | | | | | Buy (add'l) | 12/10/13 | J | | |
| 46. IBM Stock | | | | | Buy (add'l) | 12/31/13 | J | | |
| 47. LSI Logic Corp stock | A | Dividend | J | T | | | | | |
| 48. LSI Logic Corp stock | | | | | Buy (add'l) | 09/20/13 | J | | |
| 49. LSI Logic Corp stock | | | | | Buy (add'l) | 12/27/13 | J | | |
| 50. Oracle stock | A | Dividend | K | T | | | | | |
| 51. | | | | | Buy (add'l) | 08/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 53. Okla Central Credit Union - cash | B | Interest | M | T | | | | | |
| 54. IBM large company stock index fund | | None | J | T | | | | | |
| 55. IBM small company stock index fund | | None | K | T | | | | | |
| 56. Northwestern Mut Life Ins comp/life policy cash value | D | Dividend | K | T | | | | | |
| 57. Northwestern Mutual Life Insurance policy cash value | A | Dividend | J | T | | | | | |
| 58. Northwestern Mutual Life Insurance policy cash value | A | Dividend | J | T | | | | | |
| 59. Northwestern Mutual Life Ins policy cash value | A | Dividend | J | T | | | | | |
| 60. Northwestern Mutual Life Insurance policy cash value | A | Dividend | J | T | | | | | |
| 61. Northwestern Mut Life Ins 65 life policy cash value | B | Dividend | J | T | | | | | |
| 62. Mutual Fund symbol CWGIX | A | Dividend | M | T | | | | | |
| 63. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 03/18/13 | J | | |
| 64. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 06/17/13 | J | | |
| 65. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 09/13/13 | J | | |
| 66. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 12/16/13 | J | | |
| 67. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 03/15/13 | J | | |
| 68. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 06/14/13 | J | | |
| 70. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 09/20/13 | J | | |
| 71. Mutual Fund symbol CWGIX | | | | | Buy (add'l) | 12/13/13 | J | | |
| 72. Mutual Fund symbol ANCFX | D | Dividend | M | T | | | | | |
| 73. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 03/15/13 | J | | |
| 74. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 03/18/13 | J | | |
| 75. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 04/15/13 | J | | |
| 76. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 06/12/13 | J | | |
| 77. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 06/13/13 | J | | |
| 78. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 09/12/13 | J | | |
| 79. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 09/13/13 | J | | |
| 80. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 12/18/13 | J | | |
| 81. Mutual Fund symbol ANCFX | | | | | Buy (add'l) | 12/19/13 | J | | |
| 82. Mutual Fund symbol AGTHX | A | Dividend | M | T | | | | | |
| 83. Mutual Fund symbol AGTHX | | | | | Buy (add'l) | 04/15/13 | J | | |
| 84. Mutual Fund symbol AGTHX | | | | | Buy (add'l) | 12/18/13 | J | | |
| 85. Mutual Fund symbol AGTHX | | | | | Buy (add'l) | 12/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Fund - SMALLCAP World Fund-A | A | Dividend | L | T | | | | | |
| 87. American Fund - SMALLCAP World Fund-A | | | | | Buy (add'l) | 04/15/13 | J | | |
| 88. American Fund - SMALLCAP World Fund-A | | | | | Buy (add'l) | 12/18/13 | J | | |
| 89. American Fund - SMALLCAP World Fund-A | | | | | Buy (add'l) | 12/26/13 | J | | |
| 90. American Fund - American Mutual Fund - AMRMX | A | Dividend | M | T | | | | | |
| 91. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 03/15/13 | J | | |
| 92. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 04/15/13 | J | | |
| 93. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 06/14/13 | J | | |
| 94. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 09/13/13 | J | | |
| 95. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 12/13/13 | J | | |
| 96. American Fund - American Mutual Fund - AMRMX | | | | | Buy (add'l) | 12/20/13 | J | | |
| 97. American Fund - New Perspective Fund-ANWPX | A | Dividend | M | T | | | | | |
| 98. American Fund - New Perspective Fund-ANWPX | | | | | Buy (add'l) | 04/15/13 | J | | |
| 99. American Fund - New Perspective Fund-ANWPX | | | | | Buy (add'l) | 12/26/13 | J | | |
| 100. Putnam - PINOX | A | Dividend | J | T | | | | | |
| 101. Putnam - PINOX | | | | | Buy (add'l) | 12/07/13 | J | | |
| 102. Putnam - PINOX | | | | | Buy (add'l) | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Putnam - PNOPX | A | Dividend | J | T | | | | | |
| 104.  Putnam - PNOPX | | | | | Buy (add'l) | 12/07/13 | J | | |
| 105.  Putnam - PNOPX | | | | | Buy (add'l) | 12/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Terrance L.. | 06/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terrance L. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544